ELIZABETH CONSTABLE, Respondent, v. OSCAR SEIBING, Appellant.— Motion denied, with ten dollars costs to the respondent. The case is added to the present calendar, and respondent may put the case on the day calendar, at his option, for any day during the term. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of Proceedings to Disbar LYMAN H. BEVANS, of the City of Albany, County of Albany and State of New York, Respondent.—Application for leave to interpose a supplemental petition denied, on the ground that the documents therein mentioned are admissible in evidence under the original petition. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HERBERT SCHAEFFER, Respondent, against HARRY OSBORNE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of serious facial disfigurement. Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of PATRICK DOWD, Respondent, against LA COUR IRON WORKS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of WILLIAM DEANS, Respondent, against GEO. SPALT & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of PETER COMPISO, Respondent, against SEWER CONTRACTING CORPORATION and THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of GEORGE SWAN, Respondent, against U. S. LIGHT AND HEAT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the authority of Di Carlo v. Elmwood Construction Co. (215 App. Div. 857) and cases there cited. Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of MARY J. HAZELL, Respondent, against SYRACUSE MEMORIAL HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that the accident arose out of or in the course of the employment. Cochrane, P. J., Van Kirk, McCann and Whitmyer, JJ., concur; Davis, J., dissents.

In the Matter of the Claim of ANNA THOMSON, Respondent, against C. S. K. COMMERCIAL PAPER BOX COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Cochrane, P. J., Van Kirk and Whitmyer, JJ., concur; McCann and Davis, JJ., dissent.